IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02974-RPM

CAROLINA INTERNET, LTD,

    Plaintiff,
v.

TW TELECOM HOLDINGS, INC.,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

    This civil action was transferred to this court from the United States District Court for the Western District of North Carolina, Charlotte Division, by an order entered July 25, 2011, with subsequent denials of plaintiff's motion for reconsideration and plaintiff's motion to refer case to the Bankruptcy Court for the Western District of North Carolina. Upon review of the Clerk's file of the transfer or court, it appears that the primary basis for the transfer is the default judgment entered in TW Telecom Holdings, Inc. v. Carolina Internet Ltd., No. 10-cv-01799-ZLW-MJW, 2011 WL 250398 (D.Co. January 26, 2011) on January 26, 2011. That ruling is apparently on appeal to the Tenth Circuit Court of Appeals. There is apparently pending a motion to dismiss pursuant to Fed.R.Civ.P. 13(a)(1) filed on June 24, 2011. Additionally, a notice of voluntary dismissal without prejudice was filed in North Carolina on November 14, 2011, with the defendant's objection, filed November 15, 2011, which opposition notes the requirement of 11 U.S.C. § 363(b).

    It is now

ORDERED that the parties shall file status reports in this court on or before December 5, 2011, setting forth their positions with respect to the status of this civil action.

DATED: November 21st, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge