IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02974-RPM

CAROLINA INTERNET, LTD,

    Plaintiff,

v.

TW TELECOM HOLDINGS, INC.,

    Defendant.

_____

ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)
_____

After transfer to this court of this civil action from the United States District Court for the Western District of North Carolina, the plaintiff filed a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) on November 17, 2011.  Because of the confusing pleadings from the transferor court, this Court ordered the parties to file status reports and they did on December 5, 2011.  In its status report, the defendant notes that the appeal from the prior civil action in this court, which was the basis for the transfer order, is now proceeding pursuant to an order of the Bankruptcy Court in North Carolina and because of the automatic stay in 11 U.S.C. § 362, the notice of dismissal filed with this court is *void ab initio.*  There is nothing in that statute that precludes a bankruptcy debtor from dismissing a civil action under that rule and it is therefore

ORDERED that this civil action is dismissed without prejudice.

DATED:   December 9th, 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge